**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 468 EAL 2014 |
| | : |
| Respondent | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| JWYANZA CHITO, | : |
| | : |
| Petitioner | : |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 28th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.